RECEIVED
CHARLOTTE, N.C.
MAY 3 1 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3: 04 CV 153

| | | |
|---|---|---|
| SEA LANE EXPRESS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NAUTILUS GROUP, INC., | ) | |
| Defendant. | ) | |

UPON REQUEST OF THE PARTIES, the Court hereby amends the Pretrial Order and Case Management Plan as follows: each party may propound no more than 40 single part interrogatories; all discovery shall be completed by July 31, 2005 and all motions except motions in limine and motions to continue shall be filed no later than August 31, 2005.

This the 2nd day of June, 2005.

Graham C. Mullen
United States District Judge

204368 v 1